No. 1459. McKinlay v. C., B. & Q. R. R. Co. This was a suit brought by the appellant against the appellee, for the

recovery of damages for the killing of the stock belonging to the estate of R. N. McKinlay, decea ed, that escaped, and got on the track of the appellee, through a gate at a farm crossing. The averment in the declaration is that said gate, was negligently left open by the defendant; the general issue was interposed and the evidence all had reference to the issue thus made. There was a trial and verdict for the appellee, and judgment on the verdict, from which this appeal is taken. Perceiving no error, the court affirms the judgment. Opinion by WELCH, J. Judge below, J. J. GLENN. Attorneys, for appellant, Messrs. STEWART & STEWART ; for appellee, Messrs. SWEENEY & WALTHER. Opinion filed June 8, 1886.